

# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -  
Civil Process/Records - (217) 753-6846

NEIL M. WILLIAMSON  
#1 Sheriffs Plaza  
Springfield, Illinois 62701

Investigations - (217) 753-6840  
Corrections - (217) 753-6886

I, _Robert R Meacham_ certify that I served this summons as follows:

[X] Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

[ ] Other: _____

Case Number _08-C-3166_

Name of defendant _Tata America International Corp._  
C/O ILL, Corp. inc.

Name of other person  
Summons left with _Holly Blankenship_

Sex (Female)   Race: _White_   Approx. age _20's_

Date of Service _6-19-08_   Time _10:00_

Address at which paper was served:

_801 Stevenson Dr._

_Springfield, Il_

Service fees : $30.00

RECEIVED JUN 26 2008

Neil Williamson, Sheriff of Sangamon County

By, _R Meacham #5019_ , Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVINA CASARA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 C 3166 |
| | ) |
| TATA AMERICA INTERNATIONAL CORPORATION | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING

To:   Tata America International Corporation
c/o Illinois Corporation Service Company (Registered Agent)
801 Adlai Stevenson Drive
Springfield, Illinois 62703

PLEASE TAKE NOTICE that on June 26, 2008, the attached PROOF OF SERVICE was filed electronically on behalf of the Plaintiff with the United States District Court in the Northern District of Illinois.

Respectfully submitted,

_____
One of the Attorneys for Plaintiff

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312) 233-1550

## CERTIFICATE OF SERVICE BY MAIL

I, a non-attorney, certify that I served this notice by mailing a copy to the above mentioned and depositing the same in the U.S. Mail at 205 N. Michigan Avenue, Chicago, Illinois at 5:00 p.m. on the 26th day of June, 2008 with proper postage prepaid.

*Megan Babinuric*

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 26th DAY
OF JUNE, 2008.

_____
Notary Public

IRENE M WEBER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 13, 2011