U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ALVINA CASARA,
Plaintiff,
v.
TATA AMERICA INTERNATIONAL CORPORATION,
Defendant.

Case Number: 08 cv 3166

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tata America International Corporation

| | |
|---|---|
| NAME (Type or print) Caroline C. Plater | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Caroline C. Plater | |
| FIRM Kelley Drye & Warren LLP | |
| STREET ADDRESS 333 W. Wacker Drive | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6256076 | TELEPHONE NUMBER 312-857-7070 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |