IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVINA CASARA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION,<br><br>　　　　　Defendant. | No.  08 cv 3166<br><br>Judge William T. Hart<br>Magistrate Judge Maria Valdez |

## **DEFENDANT TATA AMERICA INTERNATIONAL CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, Defendant, Tata America International Corporation ("Tata"), by and through its attorneys, Kelley Drye & Warren LLP, makes the following disclosure to the Court:

Tata hereby discloses that it is a wholly owned subsidiary of Tata Consultancy Services, Ltd., which is a publicly owned company whose stock is traded on the Indian Stock Exchange.  There are no other individuals or entities known to counsel that have a direct pecuniary interest in the outcome of this case.

Dated:  July 1, 2008                                    -2-

                                                  /s/ Matthew C. Luzadder
                                                  One of the Attorneys for Defendant,
                                                  TATA AMERICA INTERNATIONAL
                                                  CORPORATION

Julian Solotorovsky (#3122749)
Caroline C. Plater (#6256076)
Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070