IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVINA CASARA, | | |
| | Plaintiff, | No.  08 cv 3166 |
| v. | | Judge William T. Hart |
| | | Magistrate Judge Maria Valdez |
| TATA AMERICA INTERNATIONAL CORPORATION, | | |
| | Defendant. | |

## <u>NOTICE OF FILING</u>

PLEASE TAKE NOTICE that on the 1st day of July, 2008, we caused to be filed

with the United States District Court for the Northern District of Illinois Eastern Division,

*Defendant Tata America International Corporation's Corporate Disclosure Statement*, a copy of

which is submitted herewith.

Dated:  July 1, 2008

/s/ Matthew C. Luzadder
One of the Attorneys for Defendant,
TATA AMERICA INTERNATIONAL
CORPORATION

Julian Solotorovsky (#3122749)
Caroline C. Plater (#6256076)
Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby deposes and states that he caused the foregoing *Defendant Tata America International Corporation's Corporate Disclosure Statement* to be electronically filed with the Clerk of the Court on July 1, 2008, using the ECF system, and served on all parties via the ECF system, pursuant to LR 5.9, as to Filing Users and in accord with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.


s/ Matthew C. Luzadder
Matthew C. Luzadder