IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVINA CASARA,<br><br>         Plaintiff,<br><br>   v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION,<br><br>         Defendant. | No.  08 cv 3166<br><br>Judge William T. Hart<br>Magistrate Judge Maria Valdez |

### DEFENDANT TATA AMERICA INTERNATIONAL CORPORATION'S *AGREED MOTION* TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT

Defendant, Tata America International Corporation ("Tata"), by and through its attorneys, Kelley Drye & Warren LLP, with the agreement of Plaintiff, Alvina Casara ("Casara"), by and through her counsel, Stephan & Zouras, LLP, hereby moves the Court for an Order extending the deadline for Tata to file a responsive pleading by 21 days, to July 30, 2008. In support of the motion, Tata states as follows:

1. Casara filed the above-captioned action against Tata on June 2, 2008.

2. Tata was served on June 19, 2008 and its response to the Complaint is due on or before July 9, 2008.

3. Counsel for Casara and counsel for Tata have agreed to an extension of twenty-one (21) days, up to and including July 30, 2008, for Tata to answer or otherwise respond to the Complaint.

4. This is the first request for an extension of time, and no party will be prejudiced by the granting of this motion.

WHEREFORE, Tata respectfully requests that the Court enter an order granting Tata's Agreed Motion, allowing for an extension of twenty-one (21) days, up to and including July 30, 2008, to answer or otherwise respond to Casara's Complaint.

Dated:  July 2, 2008

/s/ Matthew C. Luzadder
One of the Attorneys for Defendant,
TATA AMERICA INTERNATIONAL CORPORATION

Julian Solotorovsky (#3122749)
Caroline C. Plater (#6256076)
Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070