IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVINA CASARA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION,<br><br>　　　　　Defendant. | No.  08 cv 3166<br><br>Judge William T. Hart<br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

Please take notice that on **Wednesday, July 9, 2008 at 11:00 a.m.,** or as soon as counsel may be heard, we shall appear before the Honorable William T. Hart, United States District Court Judge, or any judge sitting in his stead, in the courtroom usually occupied by him in room 2243, Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the ***Tata America International Corporation's Agreed Motion To Extend Time To Answer Or Otherwise Plead To The Complaint***, a copy of which is attached hereto.

Dated:  July 2, 2008

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew C. Luzadder
　　　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　　TATA AMERICA INTERNATIONAL
　　　　　　　　　　　　　　　　　　　　　　　　CORPORATION

Julian Solotorovsky (#3122749)
Caroline C. Plater (#6256076)
Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

CH01/LUZAM/232099.1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby deposes and states that he caused the foregoing *Tata America International Corporation's Agreed Motion To Extend Time To Answer Or Otherwise Plead To The Complaint and Notice of Motion* to be electronically filed with the Clerk of the Court on July 2, 2008, using the ECF system, and served on all parties via the ECF system, pursuant to LR 5.9, as to Filing Users and in accord with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      s/ Matthew C. Luzadder
      Matthew C. Luzadder

CH01/LUZAM/232099.1