IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVINA CASARA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TATA AMERICA INTERNATIONAL CORPORATION,<br><br>　　　　　Defendant. | No. 08 cv 3166<br><br>Judge William T. Hart<br>Magistrate Judge Maria Valdez |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 30th day of July, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, *Defendant Tata America International Corporation's Answer to Plaintiff's Complaint*, a copy of which is submitted herewith.

Dated: July 30, 2008

　　　　　　　　　　　　　　　　　　　　/s/ Matthew C. Luzadder
　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　TATA AMERICA INTERNATIONAL
　　　　　　　　　　　　　　　　　　　　CORPORATION

Julian Solotorovsky (#3122749)
Caroline C. Plater (#6256076)
Matthew C. Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby deposes and states that he caused the foregoing *Defendant Tata America International Corporation's Answer to Plaintiff's Complaint* to be electronically filed with the Clerk of the Court on July 30, 2008, using the ECF system, and served on all parties via the ECF system, pursuant to LR 5.9, as to Filing Users and in accord with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Matthew C. Luzadder
Matthew C. Luzadder